UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JO ANN KEEN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No.: 1:21-cv-01048-JMS-DML |
| OHIO VALLEY GAS CORPORATION, | ) |
| | ) |
| Defendant. | ) |

**ORDER GRANTING STIPULATION OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(A)(ii), the parties, by their respective counsel, have stipulated and agreed to the dismissal of all claims in this matter with prejudice, each party bearing its own cost and fees.

And the Court, being duly advised, hereby ORDERS that this lawsuit be and hereby is dismissed with prejudice, each party to bear its own costs and fees [45].

Date: 7/7/2022

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

**Distribution to all counsel of record via CM/ECF**